THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSHUA BURKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, LLC; NAVY FEDERAL CREDIT UNION; CAPITAL ONE BANK USA, N.A.; and GOLDMAN SACHS BANK USA,<br><br>　　　　　Defendants. | Case No. 3:24-cv-05372-TMC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>NOTE ON MOTION CALENDAR:<br>May 20, 2024 |

## **STIPULATION**

Defendant Goldman Sachs Bank USA ("Goldman Sachs"), by and through counsel, and Plaintiff Joshua Burks (together "the Parties") STIPULATE AND AGREE to extend the deadline for Defendant to answer or otherwise respond to the Complaint to June 6, 2024. The stipulation is based on the following:

　　1.　　Plaintiff filed this lawsuit on April 15, 2024, and served Goldman Sachs with the Summons and Complaint on April 16, 2024.

STIPULATION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO PLAINTIFF'S
COMPLAINT - 1
(Case No. 3:24-cv-05372-TMC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401

2.  The Parties agree that Defendant requires a brief extension of time to investigate Plaintiff's claims and to consider resolution.

3.  The Parties stipulated in the Pierce County Superior Court that Goldman Sachs may respond to the Complaint by answer, motion or otherwise by June 6, 2024.

4.  The lawsuit is now pending in federal court and the Parties wish to confirm their prior extension before this Court.

NOW THEREFORE, the Parties stipulate to the following:

1.  To extend the deadline for Goldman Sachs to respond to the Complaint to June 6, 2024.

2.  This stipulation and order shall not operate as an admisson of any factual allegation or legal conclusion, nor shall it operate as a waiver, nor affect any right, defense, claim or objection.

**STIPULATED AND AGREED TO** this 20th day of May, 2024.

| PLAINTIFF (*pro se*) | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| *s/ Joshua Burks (w/permission)* <br> Joshua Burks, Plaintiff (*pro se*) <br> 4210 Everett St <br> Tacoma, WA 98404 <br> Phone: (240) 840-6066 <br> Email: dripsolutionsllc@gmail.com | By: *s/ Per D. Jansen* <br> Per D. Jansen, WSBA #49966 <br> 1301 Second Avenue, Suite 3000 <br> Seattle, WA 98101 <br> Phone: (206) 274-6400 <br> Email: per.jansen@morganlewis.com <br><br> *Attorneys for Defendant Goldman Sachs Bank USA* |

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT - 2
(Case No. 3:24-cv-05372-TMC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

### [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: May 20, 2024.

_____
Tiffany M. Cartwright
United States District Judge

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Per D. Jansen*
Per D. Jansen, WSBA #49966
1301 Second Avenue, Suite 2800
Seattle, WA 98101
Phone: (206) 274-6400
Email: per.jansen@morganlewis.com

*Attorneys for Defendant Goldman Sachs Bank USA*

**PLAINTIFF (*pro se*)**

 *s/ Joshua Burks (w/permission)*
Joshua Burks, Plaintiff (*pro se*)
4210 Everett St
Tacoma, WA 98404
Phone: (240) 840-6066
Email: dripsolutionsllc@gmail.com

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT - 3
(Case No. 3:24-cv-05372-TMC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all CM/ECF participants, and that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Joshua Burks, Plaintiff (*pro se*)
4210 Everett St
Tacoma, WA 98404
Phone: (240) 840-6066
Email: dripsolutionsllc@gmail.com

Dated: May 20, 2024 at Seattle, Washington.

*s/ Kelly M. Kennedy*
Kelly M. Kennedy, Legal Assistant

STIPULATION AND ORDER TO EXTEND
DEADLINE TO RESPOND TO PLAINTIFF'S
COMPLAINT - 4
(Case No. 3:24-cv-05372-TMC)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401